**Opinion filed December 4, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00228-CR
_____

**BRYAN CHRISTOPHER GLEASON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CR27189**

**M E M O R A N D U M   O P I N I O N**

Appellant, Bryan Christopher Gleason, has filed in this court a motion to dismiss his appeal. In his motion, Appellant requests that this court withdraw his notice of appeal and dismiss the appeal in this cause. The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed.

PER CURIAM

December 4, 2020

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.